THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* FRANK MOSCA, Appellant.

*Crimes — robbery in first degree — judgment of conviction affirmed.*

*People* v. *Mosca*, 208 App. Div. 821, affirmed.

(Argued November 26, 1924; decided December 9, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 27, 1924, which affirmed a judgment of the Queens County Court, rendered upon a verdict, convicting the defendant of the crime of robbery in the first degree as a second offense.

*Otho S. Bowling* and *Robert H. Elder* for appellant.

*Richard S. Newcombe, District Attorney (Charles W. Froessel* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, ANDREWS and LEHMAN, JJ. Absent: CRANE, J.